UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | CASE NO. 3:09-00286 |
| | ) | JUDGE KEVIN H. SHARP |
| KELVIN DEMARIO MASON | ) | |

### O R D E R

Pending before the Court is Defendant's Motion to Modify Conditions of Release (Docket No. 70) to which the Government has responded (Docket No. 71).

After reviewing the filings, the Motion is GRANTED in part. The Defendant will be allowed to leave Diersen Charities from 8:00 a.m. to 8:00 p.m. on December 25, 2015.

IT IS SO ORDERED.

*Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE